# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# Oakland DIVISION

In re *LCGI Fairfield, LLC*                                          Case No.
      *a California limited liability co.*                     Chapter *11*

                                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Gateway Courtyard, LLC<br>P.O. Box 51855<br>Los Angeles CA   90051-6155 | Phone:<br>Gateway Courtyard, LLC<br>P.O. Box 51855<br>Los Angeles CA   90051-6155 | Trade debt | | $ 12,110.56 |
| 2<br>Stein & Lubin, LLP<br>600 Montgomery St., 14th Flr<br>San Francisco CA   94111 | Phone:<br>Stein & Lubin, LLP<br>600 Montgomery St., 14th Flr<br>San Francisco CA   94111 | Professional services | | $ 5,000.00 |
| 3<br>MC Landscape Services<br>P.O. Box 53035<br>San Jose CA   95153 | Phone:<br>MC Landscape Services<br>P.O. Box 53035<br>San Jose CA   95153 | Building services | | $ 3,000.00 |
| 4<br>Solano Garbage<br>P.O. Box 78519<br>Phoenix AZ   85062 | Phone:<br>Solano Garbage<br>P.O. Box 78519<br>Phoenix AZ   85062 | | | $ 2,447.82 |
| 5<br>Alamco Security One<br>451 Kansas St.<br>Redlands CA   92373 | Phone:<br>Alamco Security One<br>451 Kansas St.<br>Redlands CA   92373 | Building services | | $ 777.70 |

B4 (Official Form 4) (12/07)

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>APS Environmental, Inc.<br>6643 32nd St., Ste. 103<br>North Highlands CA  95660 | Phone:<br>APS Environmental, Inc.<br>6643 32nd St., Ste. 103<br>North Highlands CA  95660 | Building services | | $ 302.50 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Lloyd Torchio*, *Authorized Agent* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/10/2009*    Signature */s/ Lloyd Torchio*
                     Name: *Lloyd Torchio*
                     Title: *Authorized Agent*